UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| NORMAN PAUL TRAHAN | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:12-CV-01993 |
| TOWN OF YOUNGSVILLE, ET AL | : | JUDGE HAIK, MAG. JUDGE HANNA |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## MOTION TO DISMISS
## PURSUANT TO RULE 12(b)(2)

NOW INTO COURT, through undersigned counsel, comes the YOUNGSVILLE POLICE DEPARTMENT, solely for the purpose of this motion, who avers as follows:

1.

The YOUNGSVILLE POLICE DEPARTMENT excepts to plaintiff's Complaint on the ground that the "Youngsville Police Department" is not a juridical person under the laws of Louisiana as defined by Civil Code article 24 and thus lacks procedural capacity to be sued pursuant to Louisiana Code of Civil Procedural articles 731, et seq., and under federal law as well.

WHEREFORE, premises considered, the defendant, the YOUNGSVILLE POLICE DEPARTMENT, prays that there be judgment rendered herein in favor of the YOUNGSVILLE POLICE DEPARTMENT and against plaintiff, Norman Paul Trahan, requiring the latter to prove that the "YOUNGSVILLE POLICE DEPARTMENT" is a juridical person under the laws of the State of Louisiana and federal law which has procedural capacity to be sued, and in the absence of such proof, the YOUNGSVILLE POLICE DEPARTMENT prays that plaintiff's Complaint be

amended to delete reference to the "YOUNGSVILLE POLICE DEPARTMENT" as a separate, independent and distinct juridical person and that the suit filed against the "YOUNGSVILLE POLICE DEPARTMENT" as such be dismissed, with prejudice, at plaintiff's cost.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

BORNE & WILKES, L.L.C.

BY: _____s/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
RAY F. LUCAS, III (Bar Roll #27558)
TONYA R. SMITH (Bar Roll #30065)
KATHY L. SMITH (Bar Roll #30731)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana  70502-4305
Telephone:  (337)  232-1604 Ext. 201
Facsimile:  (337) 232-1837
E-mail:  wilkes@bornewilkes.com

ATTORNEYS FOR THE CITY OF YOUNGSVILLE

CERTIFICATE

I HEREBY CERTIFY that on November 27, 2012, a copy of the foregoing Motion to Dismiss Pursuant to Rule 12(b)(2) was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have this date mailed by United States Postal Service this filing to the following non-CM/ECF participants: plaintiff, Norman Paul Trahan, and Michael D. Hebert.

_____s/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644)
BORNE & WILKES, L.L.C.
Attorney for Defendant